**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 09-CV-01307-JLK-DLW**

**MONTEZUMA VALLEY IRRIGATION COMPANY,
a Colorado non-profit corporation,**

**Plaintiff,**

**vs.**

**DOLORES WATER CONSERVANCY DISTRICT, A COLORADO SPECIAL DISTRICT
AND SUBDIVISION OF THE STATE OF COLORADO, and
THE UNITED STATES OF AMERICA, acting through the Department of Interior's Bureau
of Reclamation,**

**Defendants.**

---

**ORDER RE: JOINT MOTION FOR LEAVE TO SUBMIT THE DRAFT
SCHEDULING ORDER AFTER DUE DATE [DOC. #66]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Joint Motion for Leave to Submit the Draft Scheduling Order After Due Date [Doc. #66]

was referred to the Magistrate Judge on January 15, 2010 by Judge John L. Kane.

**IT IS HEREBY ORDERED,** that the Motion for Leave to Submit the Draft Scheduling

Order After Due Date [Doc. #66] is **GRANTED**.

**DATED: January 19, 2010.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**