## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Judge Laird T. Milburn

Civil Action No.  09-cv-01307-JLK-LTM

MONTEZUMA VALLEY IRRIGATION CO.,
A Colorado non profit corporation,

      Plaintiff,

vs.

DOLORES WATER CONSERVANCY DISTRICT,
A Colorado Special District and,
Subdivision of the State of Colorado, and,
THE UNTIED STATES OF AMERICA,
acting through the Department of Interior's Bureau of Reclamation,

      Defendants, and

UTE MOUNTAIN UTE TRIBE,

      Intervenor Defendant.

---

## ORDER RE: MOTION TO VACATE AND RESCHEDULE
## SETTLEMENT CONFERENCE (docket # 100)

---

The Court has received and reviewed the Motion to Vacate and Reschedule the Settlement Conference, now scheduled for May 24, 2010 at 11:00 a.m., filed by the Dolores Water Conservancy District (DWCD) (docket # 100), filed April 23, 2010.

Due to the issue of timely informing the Court of the other Parties' positions regarding the Motion, the Court hereby **ORDERS** Plaintiff, the Ute Mountain Ute Tribe, and the United States of America, acting through the Department of the Interior's Bureau of Reclamation, to file by

Response any objections they may have to the motion on or before May 10, 2010 and DWCD to file

its Reply thereto by May 14, 2010.

      Dated this 27th day of April, 2010.

                                     BY THE COURT:

                                     s/Laird T. Milburn

                                     _____

                                     Laird T. Milburn
                                     U.S. Magistrate Judge