**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No. 09-cv-01307-JLK-LTM

MONTEZUMA VALLEY IRRIGATION CO.,
A Colorado non profit corporation,

    Plaintiff,

vs.

DOLORES WATER CONSERVANCY DISTRICT,
A Colorado Special District and,
Subdivision of the State of Colorado, and,
THE UNTIED STATES OF AMERICA,
acting through the Department of Interior's Bureau of Reclamation,

    Defendants, and

UTE MOUNTAIN UTE TRIBE,

    Intervenor Defendant.

---

**ORDER RE: DEFENDANTS' MOTION TO VACATE AND RESCHEDULE
SETTLEMENT CONFERENCE (docket # 100)**

---

The Court has considered Defendant Dolores Water Conservancy District's Motion to Vacate and Reschedule the Settlement Conference (docket # 100) scheduled for May 24, 2010 at 11:00 a.m., Plaintiff's Response (docket # 107) and the Responses filed by Defendant Untied States of America (docket # 105), and Intervenor Defendant Ute Mountain Ute Tribe (docket # 106), and after review has decided to **DENY** the Motion to Vacate and Reschedule the May 24, 2010 settlement conference.

Dated this 20th day of May, 2010.

                                            BY THE COURT:

                                            s/Laird T. Milburn
                                            _____
                                            Laird T. Milburn
                                            U.S. Magistrate Judge