IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-01307-JLK-GJR**

**MONTEZUMA VALLEY IRRIGATION COMPANY, a Colorado non profit corporation,**

 Plaintiff,

v.

**DOLORES WATER CONSERVANCY DISTRICT, A COLORADO SPECIAL DISTRICT AND SUBDIVISION OF THE STATE OF COLORADO, and**
**THE UNITED STATES OF AMERICA, acting through the Department of Interior's Bureau of Reclamation,**

 Defendants,

and

**UTE MOUNTAIN UTE TRIBE**,

 Defendant Intervenor.

## ORDER OF DISMISSAL

Kane, J.

 Upon consideration of the Uncontested Motion for Dismissal (doc. #138), filed January 24, 2011, it is

 **ORDERED** that the Motion is **GRANTED**. This case in its entirety is **DISMISSED WITHOUT PREJUDICE**, the parties to bear their own costs and attorney fees.

 Dated this 31st day of January, 2011.

         BY THE COURT:

         *S/John L. Kane*
         JOHN L. KANE, SENIOR JUDGE
         UNITED STATES DISTRICT COURT